UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINGGUO LIN, et al., | CASE NO. C23-5099-KKE |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO EXTEND CASE SCHEDULE |
| v. | |
| STATE FARM FIRE & CASUALTY COMPANY, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion to continue the trial date and amend the case schedule. Dkt. No. 23. The Court finds good cause to extend the case schedule and therefore GRANTS the parties' motion to continue the trial date to October 21, 2024.

The previous case schedule (Dkt. No. 17) is VACATED and the new case schedule is as follows:

| Event | New Date |
|---|---|
| 10 Day Jury Trial set for 9:30 a.m. | October 21, 2024 |
| All motions related to discovery must be filed | April 24, 2024 |
| Discovery completed by | May 24, 2024 |
| All dispositive motions must be filed by | June 24, 2024 |
| Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) by | September 16, 2024 |

ORDER GRANTING STIPULATED MOTION TO EXTEND CASE SCHEDULE - 1

| Agreed pretrial order filed with Court by | September 30, 2024 |
|---|---|
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case and deposition designations due by | October 7, 2024 |
| Pretrial conference set for 10:00 a.m. | October 11, 2024 |

Dated this 30th day of January, 2024.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND CASE SCHEDULE - 2