THE HONORABLE KYMBERLY K. EVANSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# IN TACOMA

| | |
|---|---|
| NINGGUO LIN and CRYSTAL LIN, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY, a foreign insurance company,<br><br>Defendant. | No. 3:23-cv-05099-KKE<br><br>STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE AND ORDER OF DISMISSAL |

## I.     STIPULATED DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Ningguo Lin and Crystal Lin and Defendant State Farm Fire & Casualty Company hereby stipulate through their respective counsel that all claims in this action are dismissed with prejudice and without an award of costs or fees to either party.

DATED this 11th day of July 2024.

| HARPER | HAYES PLLC | FORSBERG & UMLAUF, P.S. |

By: s/ *Charles K. Davis*
    Charles K. Davis, WSBA No. 38231
    1200 Fifth Avenue, Suite 1208
    Seattle, WA 98101
    (206) 340-8010
    cdavis@harperhayes.com
    Attorneys for Plaintiffs

By: s/ *Kara A. Tredway (via email auth.)*
    Matthew S. Adams, WSBA No. 18820
    Kara A. Tredway, WSBA No. 44984
    901 Fifth Avenue, Suite 1400
    Seattle, WA 98164
    (206) 689-8500
    MAdams@FoUm.law
    KTredway@FoUm.law
    Attorneys for Defendant

## II. ORDER OF DISMISSAL

The Court, fully advised in this matter, GRANTS the parties' stipulated motion to dismiss. Dkt. No. 25. All claims asserted in this action are hereby DISMISSED with prejudice and without an award of costs or fees to either party.

DATED this 11th day of July, 2024.

Kymberly K. Evanson
United States District Judge